Robert P. Goe – State Bar No. 137019
Brandon J. Iskander – State Bar No. 300916
**GOE FORSYTHE & HODGES LLP**
17701 Cowan Ave, Suite 210, Bldg. D
Irvine, CA 92614
rgoe@goeforlaw.com
biskander@goeforlaw.com
Telephone: (949) 798-2460
Facsimile: (949) 955-9437

Proposed Attorneys for Plaintiff Charles W. Daff,
Chapter 7 Trustee

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA - RIVERSIDE DIVISION**

In re:

JEFFREY PAGTAKHAN and
RENILDA VENTURA PAGTAKHAN,

Debtors.

CHARLES W. DAFF, solely in his capacity as chapter 7 trustee for the bankruptcy estate of JEFFREY PAGTAKHAN and RENILDA VENTURA PAGTAKHAN,

Plaintiff,

v.

LEILANI LOZADA VENIA, an individual, and

MITCHELL-MARC LOZADA, an individual,

Defendants.

Case No. 6:26-bk-10830-RB

Chapter 7 Proceeding

Adv. No.: 6:26-ap-_____-RB

**COMPLAINT FOR:**

1. **AVOIDANCE AND RECOVERY OF INTENTIONAL FRAUDULENT TRANSFERS AND RECOVERY OF SAME [11 U.S.C. §§ 544, 550, 551; CAL. CIV. CODE §§ 3439.04, 3439.07];**
2. **AVOIDANCE AND RECOVERY OF CONSTRUCTIVE FRAUDULENT TRANSFERS AND RECOVERY OF SAME [11 U.S.C. §§ 544, 550, 551; CAL. CIV. CODE §§ 3439.04, 3439.05, 3439.07];**
3. **DECLARATORY RELIEF [11 U.S.C. § 544; FED. R. BANKR. P. 7001(9)];**
4. **UNJUST ENRICHMENT [11 U.S.C. § 105];**
5. **DISALLOWANCE OF CLAIMS [11 U.S.C § 502(d)]; AND**
6. **TURNOVER OF PROPERTY OF THE ESTATE [11 U.S.C. § 542].**

Charles W. Daff ("Trustee"), solely in his capacity as the duly-appointed, qualified, and acting Chapter 7 trustee ("Trustee" or "Plaintiff") for the bankruptcy estate ("Estate") of Jeffery Pagtakhan and Renilda Ventura Pagtakhan ("Debtors"), hereby brings this Complaint against Leilani Lozada Venia and Mitchell-Marc Lozada ("Defendants") and respectfully complains and alleges as follows:

## I. SUBJECT MATTER JURISDICTION AND VENUE

1. This adversary proceeding is filed pursuant to Federal Rule of Bankruptcy Procedure, Rules 7001(1) (a proceeding to recover money or property) and (9) (a proceeding to obtain a declaratory judgment relating to any of the foregoing).

2. Plaintiff, as Trustee for the Debtors' bankruptcy estate ("Estate") has standing to bring this action under 11 U.S.C. §§ 323, 544, 550, and 551.

3. This Court has jurisdiction over this adversary proceeding pursuant to 28 U.S.C. §§ 157 and 1334 in that this action arises in and relates to the Debtor's bankruptcy pending in the United States Bankruptcy Court for the Central District of California, Riverside Division entitled *In re Jeffrey Pagtakhan and Renilda Ventura Pagtakhan*, Case No. 6:26-bk-10830-RB ("Main Bankruptcy Case") on the Court's docket.

4. This action is a core proceeding pursuant to 28 U.S.C. §§ 157(b)(2)(A) (matters concerning the administration of the Estate), and (b)(2)(H) (proceeding to determine, avoid or recover fraudulent conveyances), and this Court has constitutional authority to enter a final judgment on these claims. To the extent any claim for relief contained herein is determined not to be a non-core proceeding or a *Stern*-claim, Plaintiff consents to the entry of final judgment and orders by the Bankruptcy Court.

5. Venue is proper in this District pursuant to 28 U.S.C. § 1409(a), as this adversary proceeding arises under Title 11, or relates to a case under Title 11, which is pending in this District and does not involve a consumer debt less than $27,750.00.

6. To the extent that the Plaintiff asserts claims under 11 U.S.C. § 544, the Plaintiff is informed and believes and based thereon alleges that there exists in this case one or more creditors

holding unsecured claims allowable under 11 U.S.C. § 502 or are not allowable under 11 U.S.C. § 502(e), who can avoid the respective transfers as set forth hereinafter under California or other applicable law.

## II. THE PARTIES

7. Plaintiff is the duly-appointed, qualified, and acting Chapter 7 Trustee for the Debtor's Estate and brings the claims asserted herein solely in that capacity.

8. Plaintiff is informed and believes and based thereon alleges that Defendant Leilani Lozada Venia is an individual residing in Los Angeles County, California and is Debtors' mother and mother-in-law, respectively.

9. Plaintiff is informed and believes and based thereon alleges that Defendant Mitchell-Marc Lozada is an individual residing in Clark County, Nevada and is the Debtors' brother and brother-in-law, respectively.

## III. GENERAL ALLEGATIONS

10. The allegations contained in paragraphs 1-9, inclusive, are re-alleged and incorporated herein by this reference, as though set forth in full.

11. At all relevant times alleged herein, Defendant Leilani Lozada Venia is an individual residing in Los Angeles County, California. At all times up until the Transfer (defined below), Defendant is an individual who resided in Orange County, California and is now believed to be residing in Clark County, Nevada.

12. Beginning August 21, 2017, Debtor owned the real property located at 4200 S. Valley View Blvd, Unit 1065, Las Vegas, NV 89103, Assessor's Parcel No. 162-20-111-253 ("Property"). Debtors took title to a 2/3 interest in the Property via Quitclaim Deed recorded on August 21, 2017 in the Official Records of the Clark County Recorder's Office, with title vesting in: "LEILANI LOZADA VENIA, a Widow and JEFFREY CHRISTOPHER PAGTAKHAN and RENILDA VENTURA PAGTAKHAN, Husband and Wife all as Joint Tenants." A true and correct copy of the August 2017 Quitclaim Deed is attached hereto and incorporated herein as **Exhibit "1."**

13. On March 5, 2018, Debtors acquired title to a 100% interest in the Property via Quitclaim Deed recorded in the Official Records of the Clark County Recorder's Office, with title vesting in "JEFFREY CHRISTOPHER PAGTAKHAN and RENILDA VENTURA PAGTAKHAN, Husband and Wife all as Joint Tenants." A true and correct copy of the March 2018 Quitclaim Deed is attached hereto and incorporated herein as **Exhibit "2."**

14. On June 13, 2023, the Clark County Treasurer recorded a Tax Trustee Deed for unpaid real property taxes for the Property reflecting two (2) years of unpaid real property taxes. A true and correct copy of the June 2023 Tax Trustee Deed is attached hereto and incorporated herein as **Exhibit "3."**

15. On August 2, 2023, Debtors transferred all their right, title, and interest in the Property to Defendant Leilani Lozada Venia by Quitclaim Deed recorded in the Official Records of the Clark County Recorder's Office with title vesting in "LEILANI LOZADA VENIA, a Widowed Woman" ("First Transfer") for consideration of Zero Dollars ($0.00). A true and correct copy of the August 2023 Quitclaim Deed constituting the First Transfer is attached hereto and incorporated herein as **Exhibit "4."** The Trustee is informed and believes and based thereon alleges that the Property was worth no less than $100,000 at the time of the First Transfer.

16. On January 11, 2024, Defendant Leilani Lozada Venia transferred the Property by Quitclaim Deed recorded in the Official Records of the Clark County Recorder's Office from herself to herself and Defendant Mitchell-Marc Lozada with title vesting in "LEILANI LOZADA VENIA, a Widowed Woman, and MITCHELL-MARC LOZADA, a single man as Joint Tenants with Right of Survivorship" ("Second Transfer") for consideration of Zero Dollars ($0.00). A true and correct copy of the January 2024 Quitclaim Deed constituting the Second Transfer is attached hereto and incorporated herein as **Exhibit "5."** The Trustee is informed and believes and based thereon alleges that the Property was worth no less than $114,000 at the time of the Second Transfer. Collectively, the First Transfer and Second Transfer are referred to herein as the "Transfers."

17. On February 3, 2026 ("Petition Date"), the Debtors filed a voluntary petition for

relief under chapter 7 of the Bankruptcy Code.

18. Plaintiff is continuing his investigation to determine whether additional avoidable transfers were made to the Defendants during the four years prior to the Petition Date and reserves the right to amend this Complaint to recover any such additional avoidable transfers. Plaintiff is informed and believes and based thereon alleges that any funds paid to the Defendants during the four years prior to the Petition Date were fraudulent and are recoverable by Plaintiff under the Bankruptcy Code.

## FIRST CLAIM FOR RELIEF

**[Avoidance and Recovery of Intentional Fraudulent Transfer with an Automatic Preservation for the Estate]**

**[11 U.S.C. §§ 544, 550, 551; Cal. Civ. Code §§ 3439.04, 3439.07]**

19. Plaintiff realleges and incorporates herein by reference each and every allegation contained in paragraphs 1 through 18 as though set forth in full.

20. The Transfers are of the Debtors' property.

21. The Transfers were made on or within four (4) years of the Petition Date, but in no even longer than seven (7) years prior to the Petition Date.

22. The Transfers were for no consideration or for less than reasonably equivalent value.

23. The Transfers were to or for the benefit of insiders of the Debtors.

24. The Transfers were of substantially all of the Debtor's assets.

25. The Debtors removed or concealed assets.

26. The Transfers were made at a time when Debtors was insolvent and/or rendered insolvent by virtue of said Transfers.

27. The Transfers occurred shortly before or shortly after Debtors incurred a substantial debt.

28. Based on the foregoing, Plaintiff may avoid the Transfers with an automatic preservation for the Estate from the Defendants, for whose benefit the aforementioned Transfers were made pursuant to 11 U.S.C. §§ 544, 550, and 551, and California Civil Code §§ 3439.04 and 3439.07.

**SECOND CLAIM FOR RELIEF**

**[Avoidance and Recovery of Constructive Fraudulent Transfer with an Automatic Preservation for the Estate]**

**[11 U.S.C. §§ 544, 550, 551; Cal. Civ. Code §§ 3439.04, 3439.05, 3439.07, and 3439.09]**

29. Plaintiff realleges and incorporates herein by reference each and every allegation contained in paragraphs 1 through 18 as though set forth in full.

30. Plaintiff is informed and believes, and based thereon alleges, that there are present creditors of the Debtors that were in existence at the time of the Transfer that still remain unpaid as of the Petition Date. Plaintiff is informed and believes, and based thereon alleges, that future creditors of the Debtors existed following the Transfers who remain unpaid as of the Petition Date.

31. The Transfers were made on or within four (4) years of the Petition Date, but in no even longer than seven (7) years prior to the Petition Date.

32. Plaintiff is informed and believes, and based thereon alleges, that the Transfers were made:

a. For less than reasonably equivalent value, or any value, in exchange for said Transfers; and

b. At a time when Debtors were insolvent and/or was rendered insolvent by virtue of said Transfers; and/or

c. While Debtors were engaged or about to engage in a business or a transaction for which the remaining assets of the Debtors were unreasonably small in relation to the business or transaction; and/or

d. While the Debtors intended to incur, or believed, or reasonably should have believed the Debtors would incur debts beyond the Debtors' ability to pay them as they became due; and/or

e. The Debtors made the Transfers to or for the benefit of an insider, or incurred such obligation to or for the benefit of an insider, under an employment contract and not in the ordinary course of business.

33. Based on the foregoing, Plaintiff may avoid the Transfers and recover said Transfers

or the equivalent value of the Transfer with an automatic preservation for the Estate from the Defendants, for whose benefit the aforementioned transfer was made pursuant to 11 U.S.C. §§ 544, 550, and 551, and California Civil Code §§ 3439.04, 3439.05, 3439.07, and 3439.09.

**THIRD CLAIM FOR RELIEF**

**[Declaratory Relief]**

**[11 U.S.C. §§ 544; Fed. R. Bankr. P. 7001(9)]**

34. Plaintiff realleges and incorporates herein by reference each and every allegation contained in paragraphs 1 through 18 as though set forth in full.

35. Plaintiff and Defendants herein have a dispute in which a declaration of their respective rights is necessary. Plaintiff is further informed and believes, and thereon alleges, that the said dispute is actual and continuing, and concerns an assertion by Defendants that they may have an equitable interest in the Property and may assert claims herein, retain the benefits of illegal or wrongful acts of other defendants herein, and/or adopt and ratify the said illegal and wrongful acts, to the damage and prejudice of Plaintiff.

36. Plaintiff is further informed and believes, and thereon alleges, that the said dispute is actual and continuing, and concerns the continuing assertion by Defendants that they own the Property as their sole property, to the damage and prejudice of Plaintiff.

37. Plaintiff is informed and believes and thereon alleges that prior to the Transfers, title to the Property was vested in the Debtors.

38. Plaintiff is informed and believes that all appreciation in the Property inures to the benefit of the Estate.

39. Based on all of the above, Plaintiff respectfully requests from this Court a declaration that the Property is property of the Estate pursuant to Section 541 of the Bankruptcy Code and that the Property must be turned over to be used and sold by the Trustee pursuant to Sections 363 and 542 of the Bankruptcy Code.

40. The Plaintiff is entitled to declaratory relief related to this cause of action for the recovery of money or property, other than a proceeding to compel the Debtors to deliver property

to the Trustee, or a proceeding under 11 U.S.C. §§ 554(b), 725, Rule 2017, or Rule 6002.

**FOURTH CLAIM FOR RELIEF**

**[Unjust Enrichment]**

**[11 U.S.C. § 105]**

41. Plaintiff realleges and incorporates herein by reference each and every allegation contained in paragraphs 1 through 40 as though set forth in full.

42. The Defendants received a benefit through the Transfers, and Defendants' retention of the aforementioned Transfers and/or the value of said Transfers results in an unjust retention of said benefit at the Estate's expense.

**FIFTH CLAIM FOR RELIEF**

**[Disallowance of Claims]**

**[11 U.S.C. § 502(d)]**

43. Plaintiff realleges and incorporates herein by reference each and every allegation contained in paragraphs 1 through 42 as though set forth in full.

44. Defendants are entities from which property is recoverable under 11 U.S.C. § 550 and Defendants received an avoidable transfer under 11 U.S.C. § 544.

45. Defendants have not paid the equivalent amount of the Transfers as of today's date or turned over any such property for which Defendants are liable under 11 U.S.C. §522(i), 542, 543, 550, 553 of the Bankruptcy Code.

46. Pursuant to 11 U.S.C. § 502(d), to the extent Defendants file a claim against the Debtor's Estate, such claim should be disallowed.

**SIXTH CLAIM FOR RELIEF**

**[Turnover of Property of the Estate]**

**[11 U.S.C. § 542]**

47. Plaintiff hereby incorporates by reference paragraphs 1 through 46 and realleges these paragraphs as though set forth in full.

48. Plaintiff is entitled to use, sell, or lease the Estate's legal and equitable interests in

the Property under 11 U.S.C. § 363.

49. Defendants shall deliver to the Plaintiff, and account for, within fourteen (14) days of the entry of Judgment in Plaintiff's favor all legal and equitable interests in the Property, or the value of the Property, unless the Property is of inconsequential value or benefit to the Estate.

**PRAYER FOR RELIEF**

WHEREFORE, the Trustee prays for Judgment as follows:

**ON THE FIRST CLAIM FOR RELIEF**

1. Avoiding the Transfers and declaring that said Transfers be annulled and rendered void as actual fraudulent transfers, and entering an order recovering and preserving said Transfers for the benefit of the Estate, or the value of said Transfers for the benefit of the Estate, together with interest thereon at the legal rate from the date of the First Transfer;

**ON THE SECOND CLAIM FOR RELIEF**

2. Avoiding the Transfers and declaring that said Transfers be annulled and rendered void as constructive fraudulent transfers, and entering an order recovering and preserving said Transfers for the benefit of the Estate, or the value of said Transfers for the benefit of the Estate, together with interest thereon at the legal rate from the date of the First Transfer;

**ON THE THIRD CLAIM FOR RELIEF**

3. Stating a declaration that the Property is property of the Estate pursuant to Section 541 of the Bankruptcy Code; and

4. Finding that all appreciation in the Property inures to the benefit of the Estate;

**ON THE FOURTH CLAIM FOR RELIEF**

5. Declaring that the Defendants were unjustly enriched by the Transfers described herein, and entering an order recovering and preserving the Transfers for the benefit of the Estate, or the value of the aforementioned Transfers for the benefit of the Estate, together with interest thereon at the legal rate from the date of the First Transfer;

**ON THE FIFTH CLAIM FOR RELIEF**

6. Disallowing any claims of the Defendants if they fail or refuse to turn over the

Property, and/or the value of the Property, pursuant to 11 U.S.C. § 502(d);

**ON THE SIXTH CLAIM FOR RELIEF**

7. Granting turnover of all legal and equitable interests in the Property by no later than fourteen (14) days after entry of Judgment in favor of the Plaintiff.

**ON ALL CLAIMS FOR RELIEF**

8. For interest at the applicable legal rate;

9. For attorney's fees and costs of suit herein incurred; and

10. For such other and further relief as the Court deems just and proper under the circumstances of this case.

Dated: August 19, 2026

Respectfully submitted,

**GOE FORSYTHE & HODGES LLP**

By: /s/ Brandon J. Iskander
Robert P. Goe
Brandon J. Iskander
Proposed Attorneys for Plaintiff Charles W. Daff, Chapter 7 Trustee

EXHIBIT “1”

A-1

Inst #: 20170821-0000986
Fees: $19.00 N/C Fee: $0.00
RPTT: $0.00 Ex: #005
08/21/2017 11:03:54 AM
Receipt #: 3171470
Requestor:
NEVADA LEGAL FORMS AND BOO
Recorded By: GYOUNG Pgs: 4
DEBBIE CONWAY
CLARK COUNTY RECORDER

| A.P.N. #162-20-111-253 | |
|---|---|
| R.P.T.T. | Exempt 5 |

RECORDING REQUESTED BY:
Nevada Legal Forms & Services
3901 W. Charleston Blvd.
Las Vegas, Nevada 89102

MAIL TAX STATEMENTS AND RECORDED DOCUMENTS TO:
Leilani Lozada Venia, et al
32 Wedgewood
Irvine, California 92620

# QUITCLAIM DEED

THIS INDENTURE WITNESS that the GRANTOR: LEILANI LOZADA VENIA, for and in consideration of ZERO, Dollars ($0.00) do hereby QUITCLAIM the right, title and interest, if any, which GRANTOR may have in all that real property, the receipt of which is hereby acknowledged, to the GRANTEES: **LEILANI LOZADA VENIA, a Widow and JEFFREY CHRISTOPHER PAGTAKHAN and RENILDA VENTURA PAGTAKHAN, Husband and Wife all as Joint Tenants**, situated in the County of Clark, State of Nevada, bounded and described as follows:

Commonly Known Address:
4200 S. Valley View Blvd., N1065
Las Vegas, Nevada 89103

Legal Description:
SEE EXHIBIT "A" ATTACHED HERETO AND MADE A PART HEREOF BY THIS REFERENCE FOR LEGAL DESCRIPTION.

**WARNING:** THE COUNTY RECORDER MAY CHARGE AN ADDITIONAL FEE IF YOU WRITE WITHIN THE 1" MARGIN OF THIS DOCUMENT OR VIOLATE ANY OTHER RECORDING REQUIREMENTS IMPOSED BY YOUR COUNTY RECORDER

EXHIBIT "A"

PARCEL I:

A PORTION OF THE NORTHWEST QUARTER (NW 1/4) OF SECTION 20, TOWNSHIP 21 SOUTH, RANGE 61 EAST, M.D.M., DESCRIBED IN THE FINAL MAP OF FLAMINGO PALMS VILLAS, A CONDOMINIUM SUBDIVISION, RECORDED APRIL 6, 2005 ON FILE IN BOOK 123 OF PLATS, PAGE 58 AND MORE PARTICULARLY DESCRIBED AS FOLLOWS:

UNIT 1065 IN BUILDING N AS SHOWN ON THE ABOVE REFERENCED MAP.

PARCEL II:

TOGETHER WITH AN UNDIVIDED ALLOCATED FRACTIONAL INTEREST IN AND TO THE GENERAL COMMON ELEMENT, AS SET FORTH IN AND SUBJECT TO THE PLAT AND THE DECLARATION OF COVENANTS, CONDITIONS AND RESTRICTIONS AND RESERVATION OF EASEMENT FOR THE LAS VEGAS CAY CLUB CONDOMINIUMS RECORDED AUGUST 29, 2005 IN BOOK 20050829 AS DOC/INST. NO. 00786 OFFICIAL RECORDS OF CLARK COUNTY.

PARCEL III :

TOGETHER WITH AN EXCLUSIVE INTEREST IN AND TO THOSE LIMITED COMMON ELEMENTS, IF ANY, APPURTENANT TO THE UNIT AS SET FORTH IN, AND SUBJECT TO, THE PLAT AND THE DECLARATION OF COVENANTS, CONDITIONS AND RESTRICTIONS AND RESERVATION OF EASEMENT FOR THE LAS VEGAS CAY CLUB CONDOMINIUMS.

PARCEL IV:

TOGETHER WITH A NON-EXCLUSIVE EASEMENT OF REASONABLE INGRESS TO AND EGRESS FROM THE UNIT, AND THE ENJOYMENT OF THE GENERAL COMMON ELEMENTS, AS SET FORTH IN AND SUBJECT TO THE PLAT AND THE DECLARATION OF COVENANTS, CONDITIONS AND RESTRICTIONS AND RESERVATION OF EASEMENT FOR THE LAS VEGAS CAY CLUB CONDOMINIUMS.

Subject to:

1. All general and special taxes for the current fiscal year.

2. Covenants, Conditions, Restrictions, Reservations, Rights, Rights of Way and Easements now of record.

Subject to: 1. All general and special taxes for the current fiscal year.
2. Conditions, covenants, restrictions, reservations, rights, rights of way and easements now of record, if any.

Together with all and singular hereditament and appurtenances, including easements and water rights, if any, thereunto belonging or in any way appertaining, and any reversions, remainders, rents, issues or profits thereof.

In Witness Whereof, I have hereunto set my hand this 17 day of August, 2017.

LEILANI LOZADA VENIA
Nevada Legal Forms & Services
3901 W. Charleston Blvd.
Las Vegas, Nevada 89102
Tel: (702) 870-8977
Registrant: Megan Guidry
No. NVDP2015521597

■ ■ ■ ■ ■

State of Nevada )
)
County of Clark )

On August 17, 2017, before me, Ruby J. Nelson, a Notary Public, personally appeared before me, LEILANI LOZADA VENIA, who proved to me on the basis of satisfactory evidence to be the person whose name is subscribed to the within instrument and acknowledged to me that he/she executed the same in his/her authorized capacity, and that by his/her signature on the instrument the person, or the entity upon behalf of which the person acted, executed the instrument.

RUBY J. NELSON

RUBY J. NELSON
Notary Public State of Nevada
No. 16-1394-1
My Appt. Exp. February 3, 2020

I certify under PENALTY OF PERJURY under the laws of the State of Nevada that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

Notary Public: 
My Commission Expires: 02-03-2020

**STATE OF NEVADA**
**DECLARATION OF VALUE FORM**

1. Assessor Parcel Number(s)
   a. 162-20-111-253
   b. ____
   c. ____
   d. ____
2. Type of Property:
   a. ☐ Vacant Land b. ☐ Single Fam. Res.
   c. ☑ Condo/Twnhse d. ☐ 2-4 Plex
   e. ☐ Apt. Bldg f. ☐ Comm'l/Ind'l
   g. ☐ Agricultural h. ☐ Mobile Home
   ☐ Other ____

| FOR RECORDER'S OPTIONAL USE ONLY |
|---|
| Book: ____ Page: ____ |
| Date of Recording: ____ |
| Notes: |

3. a. Total Value/Sales Price of Property $ 0.00
   b. Deed in Lieu of Foreclosure Only (value of property) ( 0.00 )
   c. Transfer Tax Value: $ 0.00
   d. Real Property Transfer Tax Due $ 0.00

**4. If Exemption Claimed:**
   a. Transfer Tax Exemption per NRS 375.090, Section 5
   b. Explain Reason for Exemption: Transfer between parents and children; mother adding son and daughter-in-law to deed.

5. Partial Interest: Percentage being transferred: 100 %

The undersigned declares and acknowledges, under penalty of perjury, pursuant to NRS 375.060 and NRS 375.110, that the information provided is correct to the best of their information and belief, and can be supported by documentation if called upon to substantiate the information provided herein. Furthermore, the parties agree that disallowance of any claimed exemption, or other determination of additional tax due, may result in a penalty of 10% of the tax due plus interest at 1% per month. Pursuant to NRS 375.030, the Buyer and Seller shall be jointly and severally liable for any additional amount owed.

Signature *Leilani Lozada Venia* Capacity Grantor

Signature ____ Capacity Grantee

| **SELLER (GRANTOR) INFORMATION (REQUIRED)** | **BUYER (GRANTEE) INFORMATION (REQUIRED)** |
|---|---|
| Print Name: Leilani Lozada Venia | Print Name: Jeffrey Christopher Pagtakhan |
| Address: 4200 S. Valley View Blvd., #1065 | Address: 32 Wedgewood |
| City: Las Vegas | City: Irvine |
| State: Nevada Zip: 89103 | State: California Zip: 92620 |

**COMPANY/PERSON REQUESTING RECORDING (required if not seller or buyer)**

Print Name: ____ Escrow #: ____
Address: ____
City: ____ State: ____ Zip: ____

**AS A PUBLIC RECORD THIS FORM MAY BE RECORDED/MICROFILMED**

EXHIBIT “2”

Inst #: 20180305-0002250
Fees: $40.00
RPTT: $0.00 Ex #: 004
03/05/2018 11:36:30 AM
Receipt #: 3337902
Requestor:
NEVADA LEGAL FORMS AND BO
Recorded By: ANI Pgs: 6
DEBBIE CONWAY
CLARK COUNTY RECORDER
Src: FRONT COUNTER
Ofc: MAIN OFFICE

| A.P.N. #162-20-111-253 | |
|---|---|
| R.P.T.T. | Exempt 4 |
| RECORDING REQUESTED BY:<br>Nevada Legal Forms & Services<br>3901 W. Charleston Blvd.<br>Las Vegas, Nevada 89102 | |
| MAIL TAX STATEMENTS AND RECORDED DOCUMENTS TO:<br>JEFFREY CHRISTOPHER PAGTAKHAN .<br>4200 S. Valley View Blvd., N1065<br>Las Vegas, Nevada 89103 | |

# QUITCLAIM DEED

THIS INDENTURE WITNESS that the GRANTOR:**LEILANI LOZADA VENIA, a Widow and JEFFREY CHRISTOPHER PAGTAKHAN and RENILDA VENTURA PAGTAKHAN, Husband and Wife all as Joint Tenants**, for and in consideration of ZERO, Dollars ($0.00) do hereby QUITCLAIM the right, title and interest, if any, which GRANTOR may have in all that real property, the receipt of which is hereby acknowledged, to the GRANTEES; **JEFFREY CHRISTOPHER PAGTAKHAN and RENILDA VENTURA PAGTAKHAN, Husband and Wife all as Joint Tenants**:, situated in the County of Clark, State of Nevada, bounded and described as follows:

Commonly Known Address:
4200 S. Valley View Blvd., N1065
Las Vegas, Nevada 89103

Legal Description:
SEE EXHIBIT "A" ATTACHED HERETO AND MADE A PART HEREOF BY THIS REFERENCE FOR LEGAL DESCRIPTION.

Subject to: 1. All general and special taxes for the current fiscal year.

2. Conditions, covenants, restrictions, reservations, rights, rights of way and easements now of record, if any.

Together with all and singular hereditament and appurtenances, including easements and water rights, if any, thereunto belonging or in any way appertaining, and any reversions, remainders, rents, issues or profits thereof.

In Witness Whereof, I have hereunto set my hand this 3rd day of March, 2018.

Leilani Lozada Venia

**LEILANI LOZADA VENIA**

Nevada Legal Forms & Services
3901 W. Charleston Blvd.
Las Vegas, Nevada 89102
Tel: (702) 870-8977
Registrant: Jeraldine Sierra
No. NVDP2011712282252

**Signed in counterpart**

■ ■ ■ ■ ■

State of Nevada )
)
County of Clark )

On March 3rd, 2018, before me, Antonio Jimenez, a Notary Public, personally appeared before me, **LEILANI LOZADA VENIA**, who proved to me on the basis of satisfactory evidence to be the person whose name is subscribed to the within instrument and acknowledged to me that he/she executed the same in his/her authorized capacity, and that by his/her signature on the instrument the person, or the entity upon behalf of which the person acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of Nevada that the foregoing paragraph is true and correct.

ANTONIO JIMENEZ
Notary Public State of Nevada
No. 16-2328-1
My Appt. Exp. April 22, 2020

WITNESS my hand and official seal.
Notary Public:
My Commission Expires: April 22, 2020

Subject to: 1. All general and special taxes for the current fiscal year.

2. Conditions, covenants, restrictions, reservations, rights, rights of way and easements now of record, if any.

Together with all and singular hereditament and appurtenances, including easements and water rights, if any, thereunto belonging or in any way appertaining, and any reversions, remainders, rents, issues or profits thereof.

In Witness Whereof, I have hereunto set my hand this 3rd day of March, 2018.

**JEFFREY CHRISTOPHER PAGTAKHAN**
Nevada Legal Forms & Services
3901 W. Charleston Blvd.
Las Vegas, Nevada 89102
Tel: (702) 870-8977
Registrant: Jeraldine Sierra
No. NVDP2011712282252

**Signed in counterpart**

■ ■ ■ ■ ■

State of Nevada )
)
County of Clark )

On March 3rd, 2018, before me, ANTONIO JIMENEZ, a Notary Public, personally appeared before me, **JEFFREY CHRISTOPHER PAGTAKHAN** , who proved to me on the basis of satisfactory evidence to be the person whose name is subscribed to the within instrument and acknowledged to me that he/she executed the same in his/her authorized capacity, and that by his/her signature on the instrument the person, or the entity upon behalf of which the person acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of Nevada that the foregoing paragraph is true and correct.

ANTONIO JIMENEZ
Notary Public State of Nevada
No. 16-2320-1
My Appt. Exp. April 22, 2020

WITNESS my hand and official seal.
Notary Public: ____________
My Commission Expires: APRIL 22, 2020

Subject to: 1. All general and special taxes for the current fiscal year.

2. Conditions, covenants, restrictions, reservations, rights, rights of way and easements now of record, if any.

Together with all and singular hereditament and appurtenances, including easements and water rights, if any, thereunto belonging or in any way appertaining, and any reversions, remainders, rents, issues or profits thereof.

In Witness Whereof, I have hereunto set my hand this 3rd day of March, 2018.

**RENILDA VENTURA PAGTAKHAN**

Nevada Legal Forms & Services
3901 W. Charleston Blvd.
Las Vegas, Nevada 89102
Tel: (702) 870-8977
Registrant: Jeraldine Sierra
No. NVDP2011712282252

**Signed in counterpart**

■ ■ ■ ■ ■

State of Nevada )
)
County of Clark )

On March 3rd 2018, before me, ANTONIO JIMENEZ, a Notary Public, personally appeared before me, **RENILDA VENTURA PAGTAKHAN**, who proved to me on the basis of satisfactory evidence to be the person whose name is subscribed to the within instrument and acknowledged to me that he/she executed the same in his/her authorized capacity, and that by his/her signature on the instrument the person, or the entity upon behalf of which the person acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of Nevada that the foregoing paragraph is true and correct.

ANTONIO JIMENEZ
Notary Public State of Nevada
No. 16-2328-1
My Appt. Exp. April 22, 2020

WITNESS my hand and official seal.
Notary Public: ______________
My Commission Expires: APRIL 22, 2020

EXHIBIT "A"

PARCEL I:

A PORTION OF THE NORTHWEST QUARTER (NW 1/4) OF SECTION 20, TOWNSHIP 21 SOUTH, RANGE 61 EAST, M.D.M., DESCRIBED IN THE FINAL MAP OF FLAMINGO PALMS VILLAS, A CONDOMINIUM SUBDIVISION, RECORDED APRIL 6, 2005 ON FILE IN BOOK 123 OF PLATS, PAGE 58 AND MORE PARTICULARLY DESCRIBED AS FOLLOWS:

UNIT 1065 IN BUILDING N AS SHOWN ON THE ABOVE REFERENCED MAP.

PARCEL II:

TOGETHER WITH AN UNDIVIDED ALLOCATED FRACTIONAL INTEREST IN AND TO THE GENERAL COMMON ELEMENT, AS SET FORTH IN AND SUBJECT TO THE PLAT AND THE DECLARATION OF COVENANTS, CONDITIONS AND RESTRICTIONS AND RESERVATION OF EASEMENT FOR THE LAS VEGAS CAY CLUB CONDOMINIUMS RECORDED AUGUST 29, 2005 IN BOOK 20050829 AS DOC/INST. NO. 00786 OFFICIAL RECORDS OF CLARK COUNTY.

PARCEL III :

TOGETHER WITH AN EXCLUSIVE INTEREST IN AND TO THOSE LIMITED COMMON ELEMENTS, IF ANY, APPURTENANT TO THE UNIT AS SET FORTH IN, AND SUBJECT TO, THE PLAT AND THE DECLARATION OF COVENANTS, CONDITIONS AND RESTRICTIONS AND RESERVATION OF EASEMENT FOR THE LAS VEGAS CAY CLUB CONDOMINIUMS.

PARCEL IV:

TOGETHER WITH A NON-EXCLUSIVE EASEMENT OF REASONABLE INGRESS TO AND EGRESS FROM THE UNIT, AND THE ENJOYMENT OF THE GENERAL COMMON ELEMENTS, AS SET FORTH IN AND SUBJECT TO THE PLAT AND THE DECLARATION OF COVENANTS, CONDITIONS AND RESTRICTIONS AND RESERVATION OF EASEMENT FOR THE LAS VEGAS CAY CLUB CONDOMINIUMS.

Subject to:

1. All general and special taxes for the current fiscal year.

2. Covenants, Conditions, Restrictions, Reservations, Rights, Rights of Way and Easements now of record.

**STATE OF NEVADA**
**DECLARATION OF VALUE FORM**

1. Assessor Parcel Number(s)
   a. 162-20-111-253
   b. ____
   c. ____
   d. ____
2. Type of Property:
   - a. ☐ Vacant Land
   - b. ☐ Single Fam. Res.
   - c. ☑ Condo/Twnhse
   - d. ☐ 2-4 Plex
   - e. ☐ Apt. Bldg
   - f. ☐ Comm'l/Ind'l
   - g. ☐ Agricultural
   - h. ☐ Mobile Home
   - ☐ Other ____

| FOR RECORDER'S OPTIONAL USE ONLY | |
|---|---|
| Book: ____ | Page: ____ |
| Date of Recording: ____ | |
| Notes: | |

3. a. Total Value/Sales Price of Property $ 0.00
   b. Deed in Lieu of Foreclosure Only (value of property) ( 0.00 )
   c. Transfer Tax Value: $ 0.00
   d. Real Property Transfer Tax Due $ 0.00

**4. If Exemption Claimed:**

   a. Transfer Tax Exemption per NRS 375.090, Section 4
   b. Explain Reason for Exemption: Removing co-owner wothout consideration

5. Partial Interest: Percentage being transferred: 100 %

The undersigned declares and acknowledges, under penalty of perjury, pursuant to NRS 375.060 and NRS 375.110, that the information provided is correct to the best of their information and belief, and can be supported by documentation if called upon to substantiate the information provided herein. Furthermore, the parties agree that disallowance of any claimed exemption, or other determination of additional tax due, may result in a penalty of 10% of the tax due plus interest at 1% per month. Pursuant to NRS 375.030, the Buyer and Seller shall be jointly and severally liable for any additional amount owed.

Signature [signature] Capacity Grantor

Signature [signature] Capacity Grantee

| **SELLER (GRANTOR) INFORMATION (REQUIRED)** | **BUYER (GRANTEE) INFORMATION (REQUIRED)** |
|---|---|
| Print Name: Leilani Lozada Venia | Print Name: Jeffrey Christopher Pagtakhan |
| Address: 4200 S. Valley View Blvd., #1065 | Address: 4200 S. Valley View Blvd., #1065 |
| City: Las Vegas | City: Las VEgas |
| State: Nevada Zip: 89103 | State: Nevada Zip: 89103 |

**COMPANY/PERSON REQUESTING RECORDING (required if not seller or buyer)**

Print Name: Nevada Legal Forms & Services Escrow #: ____
Address: 3901 W. Charleston Blvd.
City: Las Vegas, Nevada 89102 State: ____ Zip: ____

**AS A PUBLIC RECORD THIS FORM MAY BE RECORDED/MICROFILMED**

# EXHIBIT "3"

Inst #: 20230613-0002143
Fees: $0.00
06/13/2023 04:31:42 PM
Receipt #: 5315242
Requestor:
TREASURER CLARK COUNTY
Recorded By: SAO Pgs: 2
Debbie Conway
CLARK COUNTY RECORDER
Src: MAIL
Ofc: MAIN OFFICE

APN: **162-20-111-253**

When Recorded Mail & Send Tax Bills To:

PAGTAKHAN JEFFREY CHRISTOPHER & RENILDA
%TRUSTEE CLARK COUNTY TREASURER
4200 S VALLEY VIEW BLVD 1065
LAS VEGAS NV 89103

## TAX TRUSTEE DEED

The Ex Officio Tax Receiver of the County of Clark, State of Nevada, pursuant to Nevada Revised Statues (NRS) 361.585, does hereby execute and deliver to the Treasurer of Clark County, a deed of the below described property together with all singular tenements, hereditaments and appurtenances thereunto belonging or in anywise appertaining, in trust for the use and benefit of the state and county.

Parcel Number: 162-20-111-253

Owner: PAGTAKHAN JEFFREY CHRISTOPHER & RENILDA

ASSESSOR DESCRIPTION: FLAMINGO PALMS VILLAS PLAT BOOK 123 PAGE 58 UNIT 1065 BLDG N GEOID: PT N2 NW4 SEC 20 21 61

| | |
|---|---|
| Taxes | $249.42 |
| Penalty | $19.96 |
| Interest | $10.40 |
| Cost | $22.00 |
| Total | $301.78 |

Pursuant to NRS 361.570, on June 7, 2021, the Ex Officio Tax Receiver prepared a certificate for each property on which delinquent taxes had not been paid as of that date authorizing the County Treasurer as trusted for the state and county to hold each property described in the certificates for the period of two (2) years after the first Monday in June of the year the certificate was dated, unless sooner redeemed by payment of the taxes and accruing taxes, penalties and costs, together with interest on the taxes at the rate of 10 percent (10%) per annum from the date due until paid.

APN: **162-20-111-253**

The property described above was not redeemed as of the end of the redemption period, i.e. the 7th day of June 2023. Therefore, the County Treasurer, as trustee, shall hold the property in trust, and taxes, penalties, interest and costs shall continue to accrue, until it is sold or otherwise disposed of pursuant to NRS Chapter 361.

Witness my hand this 12th day of June 2023.

CLARK COUNTY, NEVADA

J. KEN DIAZ, Treasurer
Ex-Officio Tax Receiver

CLARK COUNTY, NEVADA

DONNA MERRELL, Assistant Treasurer

STATE OF NEVADA)
SS.
COUNTY OF CLARK)

This instrument was acknowledged before me on the 12th day of June 2023 by J. KEN DIAZ as County Treasurer of Clark County, Nevada ~~or DONNA MERRELL as Assistant Treasurer of Clark County, Nevada~~.

Witness my hand and official seal.

Notary Public

LINDA C. HOWARD
NOTARY PUBLIC
STATE OF NEVADA
MY COMMISSION EXPIRES: 01-22-2025
CERTIFICATE NO: 09-11576-1

# EXHIBIT “4”

Inst #: 20230802-0002348
Fees: $42.00
RPTT: $0.00 Ex #: 005
08/02/2023 01:21:03 PM
Receipt #: 5354574
Requestor:
Legal Forms Nevada
Recorded By: CABOW Pgs: 4
Debbie Conway
CLARK COUNTY RECORDER
Src: ERECORD
Ofc: ERECORD

**APN: 162-20-111-253**

**Recording Requested By and Mail Documents and Tax Statements To:**

**Name: LEILANI LOZADO VENIA**
**Address: 4200 S. VALLEY VIEW BLVD. #1065**
**City/State/Zip: LAS VEGAS, NEVADA 89103**

# QUITCLAIM DEED

**RPTT: 05**

THIS INDENTURE WITNESS That the GRANTOR: JEFFREY CHRISTOPHER PAGTAKHAN, and RENILDA VENTURA PAGTAKHAN, Husband and Wife as Joint Tenants, for in consideration of Zero Dollars ($0.00) do hereby QUITCLAIM the right, title and interest, if any, of which the GRANTOR may have in all that real property, the receipt of which is hereby acknowledged, to the GRANTEE: LEILANI LOZADO VENIA, a Widowed Woman, in all that real property situated in the City of Las Vegas, County of Clark, State of Nevada, bounded and described as follows:

**(Set Forth Legal Description)**

**Commonly Known As:**

**4200 S. VALLEY VIEW BLVD., N1065, LAS VEGAS, NEVADA 89103**

**Legal Description:**

**SEE EXHIBIT "A" ATTACHED HERETO AND MADE APART HEREOF**

Together with all and singular hereditament and appurtenances thereunto belonging or in any way appertaining to.

In Witness Whereof, I have hereunto set my hands on this the 2ND day of August 2023.

**Signature of Grantor** **Signature of Grantor**

**JEFFREY CHRISTOPHER PAGTAKHAN** **RENILDA VENTURA PAGTAKHAN**

**Grantor**

Prepared By Jacob Van Wagoner
NVDP201431272
2799 E Tropicana Avenue Ste H
Las Vegas, Nevada 89121

---

**STATE OF CALIFORNIA )**
**)**
**COUNTY OF** San Bernardino **)**

On this the 2nd Day of August 2023, personally appeared before me, a Notary Public, in and for said county and state, JEFFREY CHRISTOPHER PAGTAKHAN and RENILDA VENTURA PAGTAKHAN personally known to me or proved to me on the basis of satisfactory evidence to the be the persons described in and who executed the foregoing instrument in the capacity set forth therein, who acknowledged to me that they executed the same freely and voluntarily and for the uses and purposes therein mentioned.

**Witness my hand and official seal.**

LYDIA A. HERNANDEZ
Notary Public - California
San Bernardino County
Commission # 2391290
My Comm. Expires Jan 21, 2026

**Notary Public**
**My Commission Expires:** Jan 21, 2026

EXHIBIT "A"

PARCEL I:

A PORTION OF THE NORTHWEST QUARTER (NW 1/4) OF SECTION 20, TOWNSHIP 21 SOUTH, RANGE 61 EAST, M.D.M., DESCRIBED IN THE FINAL MAP OF FLAMINGO PALMS VILLAS, A CONDOMINIUM SUBDIVISION, RECORDED APRIL 6, 2005 ON FILE IN BOOK 123 OF PLATS, PAGE 58 AND MORE PARTICULARLY DESCRIBED AS FOLLOWS:

UNIT 1065 IN BUILDING N AS SHOWN ON THE ABOVE REFERENCED MAP.

PARCEL II:

TOGETHER WITH AN UNDIVIDED ALLOCATED FRACTIONAL INTEREST IN AND TO THE GENERAL COMMON ELEMENT, AS SET FORTH IN AND SUBJECT TO THE PLAT AND THE DECLARATION OF COVENANTS, CONDITIONS AND RESTRICTIONS AND RESERVATION OF EASEMENT FOR THE LAS VEGAS CAY CLUB CONDOMINIUMS RECORDED AUGUST 29, 2005 IN BOOK 20050829 AS DOC/INST. NO. 00786 OFFICIAL RECORDS OF CLARK COUNTY.

PARCEL III :

TOGETHER WITH AN EXCLUSIVE INTEREST IN AND TO THOSE LIMITED COMMON ELEMENTS, IF ANY, APPURTENANT TO THE UNIT AS SET FORTH IN, AND SUBJECT TO, THE PLAT AND THE DECLARATION OF COVENANTS, CONDITIONS AND RESTRICTIONS AND RESERVATION OF EASEMENT FOR THE LAS VEGAS CAY CLUB CONDOMINIUMS.

PARCEL IV:

TOGETHER WITH A NON-EXCLUSIVE EASEMENT OF REASONABLE INGRESS TO AND EGRESS FROM THE UNIT, AND THE ENJOYMENT OF THE GENERAL COMMON ELEMENTS, AS SET FORTH IN AND SUBJECT TO THE PLAT AND THE DECLARATION OF COVENANTS, CONDITIONS AND RESTRICTIONS AND RESERVATION OF EASEMENT FOR THE LAS VEGAS CAY CLUB CONDOMINIUMS.

**STATE OF NEVADA**
**DECLARATION OF VALUE**

1. Assessor Parcel Number(s)
   a. 162-20-111-253
   b. ______
   c. ______
   d. ______
2. Type of Property:
   a. ☐ Vacant Land  b. ☐ Single Fam. Res.
   c. ☑ Condo/Twnhse  d. ☐ 2-4 Plex
   e. ☐ Apt. Bldg  f. ☐ Comm'l/Ind'l
   g. ☐ Agricultural  h. ☐ Mobile Home
   ☐ Other

| FOR RECORDERS OPTIONAL USE ONLY |
|---|
| Book______ Page:______ |
| Date of Recording: ______ |
| Notes: |

3.a. Total Value/Sales Price of Property $ ______
b. Deed in Lieu of Foreclosure Only (value of property ( ______ )
c. Transfer Tax Value: $ ______
d. Real Property Transfer Tax Due $ ______

4. **If Exemption Claimed:**
   a. Transfer Tax Exemption per NRS 375.090, Section 05
   b. Explain Reason for Exemption: TRANSFER BETWEEN PARENTS AND CHILDREN. SON TRANSFERRING PROPERTY TO MOM

5. Partial Interest: Percentage being transferred: 100 %

The undersigned declares and acknowledges, under penalty of perjury, pursuant to NRS 375.060 and NRS 375.110, that the information provided is correct to the best of their information and belief, and can be supported by documentation if called upon to substantiate the information provided herein. Furthermore, the parties agree that disallowance of any claimed exemption, or other determination of additional tax due, may result in a penalty of 10% of the tax due plus interest at 1% per month. Pursuant to NRS 375.030, the Buyer and Seller shall be jointly and severally liable for any additional amount owed.

Signature [signature] Capacity: Co-Grantor

Signature ______ Capacity: Grantee

| **SELLER (GRANTOR) INFORMATION (REQUIRED)** | **BUYER (GRANTEE) INFORMATION (REQUIRED)** |
|---|---|
| Print Name: JEFFREY C. PAGTAKHAN, et al | Print Name: LEILANI LOZADA VENIA |
| Address: 4200 S VALLEY VIEW BLVD #1065 | Address: 4200 S VALLEY VIEW BLVD #1065 |
| City: Las Vegas | City: Las Vegas |
| State: Nevada Zip: 89103 | State: Nevada Zip: 89103 |

**COMPANY/PERSON REQUESTING RECORDING (Required if not seller or buyer)**

| | |
|---|---|
| Print Name: NV STATE FILING SERVICES | Escrow # |
| Address: 2799 E Tropicana Avenue Ste H | |
| City: Las Vegas | State: NV Zip: 89121 |

AS A PUBLIC RECORD THIS FORM MAY BE RECORDED/MICROFILMED

# EXHIBIT “5”

Inst #: 20240111-0000073
Fees: $42.00
RPTT: $0.00 Ex #: 005
01/11/2024 07:30:03 AM
Receipt #: 5476975
Requestor:
Legal Forms Nevada
Recorded By: ROCHI Pgs: 4
Debbie Conway
CLARK COUNTY RECORDER
Src: ERECORD
Ofc: ERECORD

**APN: 162-20-111-253**

**Recording Requested By and Mail Documents and Tax Statements To:**

Name: **LEILANI LOZADO VENIA**
Address: **4200 S. VALLEY VIEW BLVD., N1065**
City/State/Zip: **LAS VEGAS, NEVADA 89103**

# QUITCLAIM DEED

**RPTT: 05**

THIS INDENTURE WITNESS That the GRANTOR: LEILANI LOZADA VENIA, a Widowed Woman (who acquired title as LEILANI LOZADO VENIA), for in consideration of Zero Dollars ($0.00) do hereby QUITCLAIM the right, title and interest, if any, of which the GRANTOR may have in all that real property, the receipt of which is hereby acknowledged, to the GRANTEE(S) : LEILANI LOZADA VENIA, a Widowed Woman, and MITCHELL-MARC LOZADA, a single man as Joint Tenants with Right of Survivorship in all that real property situated in the City of Las Vegas, County of Clark, State of Nevada, bounded and described as follows:

**(Set Forth Legal Description)**

**Commonly Known As:**

**4200 S. VALLEY VIEW BLVD., N1065, LAS VEGAS, NEVADA 89103**

**Legal Description:**

**SEE EXHIBIT "A" ATTACHED HERETO AND MADE APART HEREOF**

Together with all and singular hereditament and appurtenances thereunto belonging or in any way appertaining to.

In Witness Whereof, I have hereunto set my hands on this the 19th day of October 2023.

**Signature of Grantor**

**LEILANI LOZADA VENIA**

**Grantor**

Prepared By Jacob Van Wagoner
NVDP201431272
2799 E Tropicana Avenue Ste H
Las Vegas, Nevada 89121

---

**STATE OF NEVADA** )
)
**COUNTY OF CLARK** )

On this the 19th Day of October 2023, personally appeared before me, a Notary Public, in and for said county and state, LEILANI LOZADA VENIA personally known to me or proved to me on the basis of satisfactory evidence to the be the persons described in and who executed the foregoing instrument in the capacity set forth therein, who acknowledged to me that they executed the same freely and voluntarily and for the uses and purposes therein mentioned.

**Witness my hand and official seal.**

LOUIS ALVIN WHITLEY
NOTARY PUBLIC
STATE OF NEVADA
APPT. NO. 10-1105-1
MY APPT. EXPIRES MAY 23, 2026

**Notary Public**
**My Commission Expires:** 5-23-26

EXHIBIT "A"

PARCEL I:

A PORTION OF THE NORTHWEST QUARTER (NW 1/4) OF SECTION 20, TOWNSHIP 21 SOUTH, RANGE 61 EAST, M.D.M., DESCRIBED IN THE FINAL MAP OF FLAMINGO PALMS VILLAS, A CONDOMINIUM SUBDIVISION, RECORDED APRIL 6, 2005 ON FILE IN BOOK 123 OF PLATS, PAGE 58 AND MORE PARTICULARLY DESCRIBED AS FOLLOWS:

UNIT 1065 IN BUILDING N AS SHOWN ON THE ABOVE REFERENCED MAP.

PARCEL II:

TOGETHER WITH AN UNDIVIDED ALLOCATED FRACTIONAL INTEREST IN AND TO THE GENERAL COMMON ELEMENT, AS SET FORTH IN AND SUBJECT TO THE PLAT AND THE DECLARATION OF COVENANTS, CONDITIONS AND RESTRICTIONS AND RESERVATION OF EASEMENT FOR THE LAS VEGAS CAY CLUB CONDOMINIUMS RECORDED AUGUST 29, 2005 IN BOOK 20050829 AS DOC/INST. NO. 00786 OFFICIAL RECORDS OF CLARK COUNTY.

PARCEL III :

TOGETHER WITH AN EXCLUSIVE INTEREST IN AND TO THOSE LIMITED COMMON ELEMENTS, IF ANY, APPURTENANT TO THE UNIT AS SET FORTH IN, AND SUBJECT TO, THE PLAT AND THE DECLARATION OF COVENANTS, CONDITIONS AND RESTRICTIONS AND RESERVATION OF EASEMENT FOR THE LAS VEGAS CAY CLUB CONDOMINIUMS.

PARCEL IV:

TOGETHER WITH A NON-EXCLUSIVE EASEMENT OF REASONABLE INGRESS TO AND EGRESS FROM THE UNIT, AND THE ENJOYMENT OF THE GENERAL COMMON ELEMENTS, AS SET FORTH IN AND SUBJECT TO THE PLAT AND THE DECLARATION OF COVENANTS, CONDITIONS AND RESTRICTIONS AND RESERVATION OF EASEMENT FOR THE LAS VEGAS CAY CLUB CONDOMINIUMS.

**STATE OF NEVADA**
**DECLARATION OF VALUE**

1. Assessor Parcel Number(s)
   a. 162-20-111-253
   b. __________
   c. __________
   d. __________
2. Type of Property:
   a. ☐ Vacant Land  b. ☐ Single Fam. Res.
   c. ☑ Condo/Twnhse  d. ☐ 2-4 Plex
   e. ☐ Apt. Bldg  f. ☐ Comm'l/Ind'l
   g. ☐ Agricultural  h. ☐ Mobile Home
   ☐ Other

| FOR RECORDERS OPTIONAL USE ONLY |
|---|
| Book________ Page:________ |
| Date of Recording: ________ |
| Notes: |

3.a. Total Value/Sales Price of Property $ ________
b. Deed in Lieu of Foreclosure Only (value of property ( ________ )
c. Transfer Tax Value: $ ________
d. Real Property Transfer Tax Due $ ________

4. **If Exemption Claimed:**
   a. Transfer Tax Exemption per NRS 375.090, Section 05
   b. Explain Reason for Exemption: TRANSFER BETWEEN PARENTS AND CHILDREN. MOM ADDING SON TO DEED
5. Partial Interest: Percentage being transferred: 100 %

The undersigned declares and acknowledges, under penalty of perjury, pursuant to NRS 375.060 and NRS 375.110, that the information provided is correct to the best of their information and belief, and can be supported by documentation if called upon to substantiate the information provided herein. Furthermore, the parties agree that disallowance of any claimed exemption, or other determination of additional tax due, may result in a penalty of 10% of the tax due plus interest at 1% per month. Pursuant to NRS 375.030, the Buyer and Seller shall be jointly and severally liable for any additional amount owed.

Signature [signature] Capacity: Grantor

Signature [signature] Capacity: CO-GRANTEE

| **SELLER (GRANTOR) INFORMATION (REQUIRED)** | **BUYER (GRANTEE) INFORMATION (REQUIRED)** |
|---|---|
| Print Name: LEILANI LOZADA VENIA | Print Name: LEILANI LOZADA VENIA, et al |
| Address: 4200 S VALLEY VIEW BLVD N1065 | Address: 4200 S VALLEY VIEW BLVD N1065 |
| City: Las Vegas | City: Las Vegas |
| State: Nevada Zip: 89103 | State: Nevada Zip: 89103 |

**COMPANY/PERSON REQUESTING RECORDING (Required if not seller or buyer)**

| | |
|---|---|
| Print Name: NV STATE FILING SERVICES | Escrow # |
| Address: 2799 E Tropicana Avenue Ste H | |
| City: Las Vegas | State: NV Zip: 89121 |

AS A PUBLIC RECORD THIS FORM MAY BE RECORDED/MICROFILMED

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is: 17701 Cowan Avenue, Suite 210, Bldg. D, Irvine, CA 92614

A true and correct copy of the foregoing document entitled (*specify*): **COMPLAINT FOR: 1. AVOIDANCE AND RECOVERY OF INTENTIONAL FRAUDULENT TRANSFERS AND RECOVERY OF SAME [11 U.S.C. §§ 544, 550, 551; CAL. CIV. CODE §§ 3439.04, 3439.07]; 2. AVOIDANCE AND RECOVERY OF CONSTRUCTIVE FRAUDULENT TRANSFERS AND RECOVERY OF SAME [11 U.S.C. §§ 544, 550, 551; CAL. CIV. CODE §§ 3439.04, 3439.05, 3439.07]; 3. DECLARATORY RELIEF [11 U.S.C. § 544,; FED. R. BANKR. P. 7001(9)]; 4. UNJUST ENRICHMENT [11 U.S.C. § 105]; 5. DISALLOWANCE OF CLAIMS [11 U.S.C § 502(d)]; AND 6.TURNOVER OF PROPERTY OF THE ESTATE [11 U.S.C. § 542] AND ADVERSARY PROCEEDING COVER SHEET** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On August 19, 2026, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- Charles W Daff (TR) charleswdaff@gmail.com, c122@ecfcbis.com
- Neil R Hedtke hedtkelg@gmail.com, hedtkeecf@gmail.com;r42667@notify.bestcase.com;rowena@flatrocklegal.com
- United States Trustee (RS) ustpregion16.rs.ecf@usdoj.gov

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) August 19, 2026, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) August 19, 2026, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

- The Honorable Magdalena Reyes Bordeaux, USBC, 3420 Twelfth Street, Riverside, CA 92501

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| August 19, 2026 | Janine Fountain | /s/ Janine Fountain |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |